07-22078.or2

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 07-22078-CIV-COOKE-BROWN

MARIA FRADERA,

    Plaintiff,

vs.

COUNTRYWIDE HOME LOANS, INC.,

    Defendant.
_____/

### ORDER DENYING MOTION FOR APPROVAL OF SETTLEMENT

**This matter** is before this Court on an Order of reference dated January 30, 2008 to review the settlement in this case. The parties were ordered to file "all appropriate paperwork necessary for Court approval of the settlement". In response the parties filed a Confidential Settlement Agreement. The Court has considered the filing and all pertinent materials in the file.

The Court is required to approve the settlement agreement. See Lynn's Food Stores, Inc. v. U.S., 679 F. 2d 1350 (11th Cir. 1982). That case states that the Court may grant said approval "after scrutinizing the settlement for fairness". Id at 1353.

The Settlement Agreement says that defendant will pay plaintiff $10,000. For purposes of evaluating the fairness of the settlement, that's all it says. This Court has no information on how or why that amount is being paid, what is being claimed, what part, if any, of the amount is going to counsel, among other things. In short, there is nothing the parties have given this Court to allow it to "scrutinize the settlement for fairness".

Therefore, and the Court being otherwise fully advised in the premises, it is hereby **ORDERED AND ADJUDGED** that said motion be and the same is hereby **DENIED, without prejudice.**

**DONE AND ORDERED** in Chambers at Miami, Florida, this 15th day of February, 2008.

_____
STEPHEN T. BROWN
UNITED STATES MAGISTRATE JUDGE

cc:  Honorable Marcia G. Cooke
     Counsel of record